

**The following constitutes the order of the Court.**
**Signed: May 5, 2026**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>David Preston Addington,<br><br>   Debtor. | Case No. 25-40890 WJL<br><br>Chapter 11 |
| Humboldt Growers Network, Inc., a California Corporation,<br>and<br>Tobias Dodge, an individual,<br>   Plaintiffs,<br>v.<br><br>David Preston Addington,<br><br>   Defendant. | AP Case No. 25-04032 WJL<br><br>**Hearing Scheduled**<br>Date: May 13, 2025<br>Time: 10:30 a.m.<br>Location: 1300 Clay St, Ctrm 220/Zoom, Oakland, CA 94612 |

## ORDER DENYING MOTION TO DISMISS

On August 21, 2025, Plaintiffs Humboldt Growers Network, Inc. and Tobias Dodge ("Plaintiffs") filed a complaint against Defendant David Preston Addington [Dkt. #1]. Defendant filed a Motion to Dismiss on October 6, 2025 [Dkt. #9]. On November 4, 2025, pursuant to a stipulation between the parties, Plaintiffs filed their Supporting Brief/Memorandum in Opposition to Motion to Dismiss [Dkt. #19]. On November 11, 2025, Defendant filed his Reply [Dkt. #21].

The Motion to Dismiss came on for hearing on November 19, 2025, along with the Objections to proofs of claim in the related bankruptcy case [Case Dkts. #58, 61, 64, 71]. Matthew D. Metzger appeared on behalf of Defendant and Ross Brian Jones appeared for Plaintiffs.

For the reasons stated in the Memorandum Decision After Hearing Regarding Objections to Claims and Motion to Dismiss [Dkt. #101], this Court HEREBY DENIES the Motion to Dismiss. Accordingly, the Court HEREBY ORDERS that a status conference be scheduled for **May 13, 2026 at 10:30 a.m.** to discuss setting dates for a response and other additional matters.

**\*\*END OF ORDER\*\***

# COURT SERVICE LIST

**None.**