Ross B. Jones, Esq., SBN 120593
ROSS B. JONES, ATTORNEY AT LAW
131A Stony Circle, Ste. 500
Santa Rosa, California 95401
Telephone: (707) 524-9433
Email: ross@rossjoneslaw.com

Attorneys for Plaintiffs
TOBIAS DODGE and HUMBOLDT
GROWERS NETWORK, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>DAVID PRESTON ADDINGTON<br><br>Debtor.<br><br>SSN: XXX-XX-3795 | Case No. 25-40890 WJL 11<br><br>Chapter 11<br><br>A.P. No. 25-04032<br><br>**NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT DETERMINING DEBT TO BE NONDISCHARGEABLE 11 U.S.C. §523(a)(6)**<br><br>Date: October 7, 2026<br>Time: 10:30am<br>Place: In Person<br>or via Zoom/AT&T Teleconference<br>Courtroom 220<br>1300 Clay St., Room 220<br>Oakland, California<br><br>Judge: Hon. William J. Lafferty, III |

**TO DEFENDANT DAVID PRESTON ADDINGTON AND TO HIS ATTORNEY OF RECORD**:

David Preston Addington
c/o Matthew D. Metzger,
mmetzger@belvederelegal.com
**BELVEDERE LEGAL, PC**
1777 Borel Place, Suite 314
San Mateo, CA 94402
mmetzger@belvederelegal.com

**PLEASE TAKE NOTICE** that Plaintiffs Tobias Dodge and Humboldt Growers Network, Inc. will and hereby do move for Summary Judgment Determining Debt to Be Nondischargeable pursuant to 11 U.S.C. §523(a)(6), pursuant to F.R.Civ.P. Rule 56 and F.R.Bank.P. Rule 7056.

**PLEASE TAKE FURTHER NOTICE** that a hearing on Plaintiffs' Motion shall occur on October 7, 2026 or as soon thereafter as counsel may be heard before the Honorable William J. Lafferty, III, United States Bankruptcy Court, Courtroom 220, 1300 Clay St., Room 220, Oakland, California. Pursuant to the Hon. William J Lafferty III's *Procedures for Noticing and Conducting Hearings (Effective September 1, 2023)*, the hearing will be held in person but parties may attend by Zoom Webinar/AT&T Teleconference, (2) additional information is available on Judge Lafferty's Procedures page on the court's website, and (3) information on how to attend the hearing by Zoom Webinar/AT&T Teleconference will be included with each calendar posted under Judge Lafferty's Calendar on the court's website.

**NOTICE IS FURTHER GIVEN** that any opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date. Any reply shall be filed and served at least 7 days prior to the actual scheduled hearing date.



Case: 25-04032 Doc# 31 Filed: 08/13/26 Entered: 08/13/26 17:14:53 Page 2 of 3

**NOTICE IS FURTHER GIVEN** that if no Opposition is filed or presented at the hearing, the Court may grant the relief as prayed for in the Motion.

Dated: August 13, 2026

ROSS B. JONES, Attorney at Law

By:_______/s/____________________
Ross B. Jones
Attorneys for Plaintiffs Humboldt Growers Network, Inc. and Tobias Dodge